Opinion issued February 4, 2014



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-13-00885-CV

_____

## IN RE RAMS AVIATION COMPANY, INC. AND JONATHAN L. RANKIN, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On October 17, 2013, relators, RAMS Aviation Company, Inc. and Jonathan L. Rankin, filed a petition for writ of mandamus, seeking relief from the trial court's order denying their traditional motion for summary judgment to enforce mediation settlement agreement.[1]

---

[1] The underlying case is *General Plumbing Contractors, Inc. v. RAMS Aviation Company, Inc. and Jonathan L. Rankin*, No. 2010-23205, in the 334th District Court of Harris County, Texas.

We **deny** the petition for writ of mandamus and lift the stay order entered on October 21, 2013.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.